IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. SCOTT HARKONEN, M.D., <br><br>    Plaintiff, <br><br>    v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE; and UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, <br><br>    Defendants. <br> _____ / | No. C 12-629 CW <br><br> ORDER REGARDING FILING DEADLINES FOR RESPONSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS |

On April 9, 2012, Defendants United States Department of Justice and United States Office of Management and Budget filed a motion to dismiss the complaint filed against them by Plaintiff W. Scott Harkonen, M.D.

On April 17, 2012, after Defendants requested reassignment to a District Court Judge, the case was re-assigned to the undersigned in accordance with Local Rule 73-1. Because of the re-assignment, the hearing date for Defendants' motion to dismiss was vacated. See Docket No. 13.

The briefing schedule on Defendants' motion to dismiss was not vacated or altered upon re-assignment of this action. Accordingly, pursuant to Local Rule 7-3, Plaintiff's opposition to Defendants' motion, if any, is due by April 23, 2012, and Defendants' reply in further support of their motion, if any, is due by April 30, 2012.

IT IS SO ORDERED.

Dated: April 17, 2012

CLAUDIA WILKEN
United States District Judge